UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al | ) ) ) ) |
| Plaintiffs, | ) Case No. 4:20-CV-01307 MTS |
| v. | ) ) |
| ANDERSON & ANDERSON BACKHOE SERVICE/ DEMOLITION, LLC | ) ) ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Come now plaintiffs, through counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, to voluntarily dismiss the above-captioned matter without prejudice.

Respectfully submitted,

HAMMOND AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Tel:    (314) 727-1015
Fax:    (314) 727-6804
eperez@hammondshinners.com


*/s/ Janine M. Martin*
JANINE M. MARTIN #46465MO

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that the foregoing was filed with the clerk of the court on January 5, 2022 and served on defendant as follows:

Anderson & Anderson BSD, LLC
5821 Brickey Road
French Village, MO 63036

                */s/ Janine M. Martin*